BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 4/23/07*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00124 RMW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [] |
| | ) | ORDER CONTINUING HEARING |
| vs. | ) | |
| | ) | |
| PAULA RENTERIA SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## STIPULATION

The parties hereby stipulate and agree that the initial district court appearance in the above-captioned matter, currently set for Monday, April 2, 2007, may be continued to Monday, April 23, 2007 at 9:00 a.m.  The reason for the requested continuance is that the parties anticipate that additional discovery relating to the government's ongoing investigation as to potential additional charges or relevant conduct will soon be made available to the defense.

The parties further stipulate and agree that 21 days may be excluded from the time within which trial shall commence under the Speedy Trial Act, 18 U.S.C. §§3141(h)(8)(A) and (h)(8)(B)(iv), for the effective preparation of counsel.

The parties further stipulate and agree that Ms. Sanchez may be excused from attending the initial district court appearance, in view of her poor physical health.

Stipulation and [] Order Continuing
Hearing                                                                  1

1  Dated: March 28, 2007

2                                    s/_____
                                     CYNTHIA C. LIE
3                                    Assistant Federal Public Defender

4  Dated: March 28, 2007

5                                    s/_____
                                     SUSAN KNIGHT
6                                    Assistant United States Attorney

7
                                   **[] ORDER**
8
9      Good cause appearing and by stipulation of the parties, it is hereby ordered that the initial

10  district court appearance in the above-captioned matter shall be continued from April 2, 2007 to

11  Monday, April 23, 2007 at 9:00 a.m.

12     It is further ordered that 21 days shall be excluded from the time within which trial shall

13  commence under the Speedy Trial Act, 18 U.S.C. §§3141(h)(8)(A) and (h)(8)(B)(iv), as the time

14  reasonably necessary for effective preparation of counsel.

15     It is further ordered that the defendant is excused from appearing at the April 23 hearing,

16  if the parties anticipate that no substantive matters will be resolved at that date.

17  Dated: April 23, 2007

18                                   *Ronald M. Whyte*_____
                                     RONALD M. WHYTE
19                                   United States District Judge

20

21

22

23

24

25

26

Stipulation and [] Order Continuing
Hearing                                      2