```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  CYNTHIA C. LIE
    Assistant Federal Public Defender
 3  160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
 4  Telephone:  (408) 291-7753

 5  Counsel for Defendant SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

***E-FILED - 7/26/07***

| UNITED STATES OF AMERICA, | ) | No. CR-07-00124 RMW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [] |
| vs. | ) | ORDER CONTINUING HEARING |
| PAULA RENTERIA SANCHEZ, | ) | |
| Defendant. | ) | |

**STIPULATION**

The parties hereby stipulate and agree that the initial district court appearance in the above-captioned matter, currently set for Monday, July 9, 2007, may be continued to Monday, July 30, 2007 at 9:00 a.m.  The reason for the requested continuance is that the parties are pursuing settlement discussions and the defense is conducting investigation into matters believed to be relevant to a final resolution.

The parties further stipulate and agree that 21 days may be excluded from the time within which trial shall commence under the Speedy Trial Act, 18 U.S.C. §§3141(h)(8)(A) and (h)(8)(B)(iv), for the effective preparation of counsel.

Stipulation and ] Order Continuing
Hearing                                                                 1

1 | Dated: June 28, 2007

2 |                               s/_____
                              CYNTHIA C. LIE
3 |                               Assistant Federal Public Defender

4 | Dated: June 28, 2007

5 |                               s/_____
                              SUSAN KNIGHT
6 |                               Assistant United States Attorney

**[] ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the initial district court appearance in the above-captioned matter shall be continued from July 9, 2007 to Monday, July 30, 2007 at 9:00 a.m.

It is further ordered that 21 days shall be excluded from the time within which trial shall commence under the Speedy Trial Act, 18 U.S.C. §§3141(h)(8)(A) and (h)(8)(B)(iv), as the time reasonably necessary for effective preparation of counsel.

Dated: July 26, 2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Stipulation and [] Order Continuing Hearing        2