| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SC 9990)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | SUSAN KNIGHT (CSBN 209013)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Blvd., Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5056 |
| 7 | FAX: (408) 535-5066<br>Susan.Knight@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION     ***E-FILED - 9/13/07***

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00124 RMW |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [<br>ORDER CONTINUING STATUS<br>HEARING AND EXCLUDING TIME |
| PAULA SANCHEZ, | ) | |
| Defendant. | ) | SAN JOSE VENUE |

The undersigned parties in the above-captioned case respectfully request that the status hearing scheduled for September 10, 2007 be continued to October 22, 2007. The reason for the continuance is that the defendant's attorney, Tanya Levinson, is continuing to investigate the case, including obtaining medical records. Therefore, the government has no objection to continuing the case until October 22, 2007, and believes that the parties will be able reach a plea agreement by this date. In addition, the parties request an exclusion of time under the Speedy Trial Act from September 10, 2007 to October 22, 2007. The undersigned parties agree and stipulate that an exclusion of time is appropriate based on the defendant's for effective preparation of counsel.

STIPULATION AND [] ORDER
No. 06-00621                                    1

| | | |
|---|---|---|
| SO STIPULATED: | | SCOTT N. SCHOOLS<br>United States Attorney |
| DATED: 9/7/07 | | _____/s/_____<br>SUSAN KNIGHT<br>Assistant United States Attorney |
| DATED: 9/7/07 | | _____/s/_____<br>TANYA LEVINSON<br>Counsel for Ms. Sanchez |

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing currently scheduled for September 10, 2007 is continued to October 22, 2007 at 9:00 a.m.

The Court FURTHER ORDERS time be excluded under the Speedy Trial Act from September 10, 207 to October 22, 2007. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 9/13/07            _Ronald M. Whyte_____
                          RONALD M. WHYTE
                          United States District Judge

STIPULATION AND [] ORDER
No. 06-00621                         2