1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
6     150 Almaden Blvd., Suite 900          E-FILED 11/6/07
      San Jose, California 95113
7     Telephone:  (408) 535-5056
      FAX: (408) 535-5066
8     Susan.Knight@usdoj.gov

   Attorneys for Plaintiff
9
                     UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12

13  UNITED STATES OF AMERICA,        )    No. CR 07-00124 RMW
                                     )
14       Plaintiff,                  )
                                     )    STIPULATION AND [PROPOSED]
15       v.                          )    ORDER CONTINUING STATUS
                                     )    HEARING AND EXCLUDING TIME
16  PAULA SANCHEZ,                   )
                                     )
17       Defendant.                  )
                                     )    SAN JOSE VENUE
18  _____  )

19

20       The undersigned parties in the above-captioned case respectfully request that the status

21  hearing scheduled for October 22, 2007 be continued to November 19, 2007.  The reason for the

22  continuance is that the defendant's attorney, Tanya Levinson, recently obtained the defendant's

23  medical records and needs time to review them in order to provide mitigating evidence to the

24  government.  The parties believe that this case will resolve by the next appearance date, and

25  therefore, the government has no objection to continuing the case until November 19, 2007.  In

26  addition, the parties request an exclusion of time under the Speedy Trial Act from October 22,

27  2007 to November 19, 2007.  The undersigned parties agree and stipulate that an exclusion of

28  time is appropriate based on the defendant's need for effective preparation of counsel.

| | | |
|---|---|---|
| 1 | SO STIPULATED: | SCOTT N. SCHOOLS |
| 2 | | United States Attorney |
| 3 | DATED: 10/18/07 | _____/s/_____ |
| 4 | | SUSAN KNIGHT |
| | | Assistant United States Attorney |
| 5 | | |
| 6 | DATED: 10/18/07 | _____/s/_____ |
| | | TANYA LEVINSON |
| 7 | | Counsel for Ms. Sanchez |

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing currently scheduled for October 22, 2007 is continued to November 19, 2007 at 9:00 a.m.

The Court FURTHER ORDERS time be excluded under the Speedy Trial Act from October 22, 2007 to November 19, 2007. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 11/6/07          /s/ Ronald M. Whyte
                       RONALD M. WHYTE
                       United States District Judge